**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES RANERI,

                                Plaintiff,

    -against-

TROPICANA ENTERTAINMENT, INC.; TROPICANA
ATLANTIC CITY CORP.; TROPICANA CASINO
AND RESORT,

                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 1140 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for October 22, 2020 at 9:30 am is hereby cancelled. An oral argument on Defendant's Motion to Dismiss, (ECF 7), is scheduled for January 7, 2021 at 10:30 am.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge