UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JAMES RANERI,

                    Plaintiff,

   -against-

TROPICANA ENTERTAINMENT, INC.,
TROPICANA ATLANTIC CITY CORP., and
TROPICANA CASINO AND RESORT,

                    Defendants.

------------------------------------ x

JAN 0 7 2021

ORDER

20 Civ. 1140 (GBD)(KNF)

GEORGE B. DANIELS, District Judge:

On March 5, 2020, Defendants filed a Motion to Dismiss or Transfer for Lack of Jurisdiction. (ECF No. 7.) For the reasons stated on the record at the January 7, 2021 oral argument, the motion to transfer is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 7 and transfer this action to the United States District Court for the District of New Jersey.

Dated: January 7, 2021
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE